

# Fourth Court of Appeals
## San Antonio, Texas

March 28, 2014

No. 04-13-00890-CR

Ramon **GARCIA**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 218th Judicial District Court, Atascosa County, Texas
Trial Court No. 11-03-0040 CRA
Honorable Donna S. Rayes, Judge Presiding

## O R D E R

    The Appellants Motion for Extension of Time to File Brief is hereby GRANTED. The Appellant's brief is due April 7, 2014.

_____
Marialyn Barnard, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of March, 2014.

_____
Keith E. Hottle
Clerk of Court